801 P.2d 426

Frank S. ELLIOTT and Mary A. Elliott, husband and wife, Plaintiffs/Appellants/Cross–Appellees,

v.

James M. VIDEAN, and Renaud, Cook & Videan, P.A., an Arizona corporation, Defendants / Appellees / Cross–Appellants.

No. CV–90–0063–PR.

Supreme Court of Arizona.

Nov. 30, 1990.

## ORDER

ORDERED: Vacating order previously entered granting review as having been improvidently granted.

FURTHER ORDERED: Petition for Review = DENIED.

Justice Moeller and Justice Corcoran dissent and would vote to grant as to Issue No. 1 of the petition for review.